# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| SEPCO CORPORATION, | : Case No. 16-50058 |
| Debtor.[1] | : Judge Alan M. Koschik |

## LIST OF LAW FIRMS REPRESENTING THE 35 LARGEST NUMBER OF ASBESTOS PERSONAL INJURY CLAIMANTS WITH OPEN CLAIMS AGAINST THE DEBTOR

The above-captioned debtor and debtor in possession (the "Debtor") filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the list of 35 law firms representing the largest number of asbestos personal injury claimants with open (i.e., active) claims against the Debtor. On the date the Debtor commenced this chapter 11 case, it filed a motion seeking the Court's permission to file this list, in lieu of filing the list of the creditors holding the 20 largest unsecured claims that Fed. R. Bankr. P. 1007(d) ordinarily contemplates. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 35 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority, or amount of any claim.

| | (1) Name of Law Firm | (2) Name, telephone number, complete mailing address, including zip code, and email address of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Number of asbestos personal injury claimants with open claims |
|---|---|---|---|---|---|
| 1 | Simmons Hanly Conroy LLC | Perry Browder<br>230 West Monroe, Suite 2221<br>Chicago, IL 60606<br>P: (312) 759-7500<br>E: pbrowder@simmonsfirm.com | Personl Injury / Wrongful Death | Unliquidated | 1061 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7402.

1

| | (1)<br>Name of Law Firm | (2)<br>Name, telephone number, complete mailing address, including zip code, and email address of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Number of asbestos personal injury claimants with open claims |
|---|---|---|---|---|---|
| 2 | Brent Coon & Associates | Philip M. Kanayan<br>300 Fannin, Suite 200<br>Houston, TX 77002<br>P: (713) 225-1682<br>E: philip.kanayan@bcoonlaw.com | Personl Injury / Wrongful Death | Unliquidated | 385 |
| 3 | Law Offices of Peter G. Angelos, PC | Robert Patterson<br>2633 Kingston Pike, Suite 100<br>Knoxville, TN 37919<br>P: (410) 649-2000<br>E: bpatterson@lawpga.com | Personl Injury / Wrongful Death | Unliquidated | 299 |
| 4 | Bevan & Associates, LPA, Inc | Thomas W. Bevan<br>10360 Northfield Road<br>Northfield, OH 44067<br>P: (330) 650-0088<br>E: tb@bevanlaw.com | Personl Injury / Wrongful Death | Unliquidated | 284 |
| 5 | Nix, Patterson & Roach, LLP | John Hull<br>205 Linda Drive<br>Daingerfield, TX 75638<br>P: (903) 645-7333<br>E: johnhull@nixlawfirm.com | Personl Injury / Wrongful Death | Unliquidated | 276 |
| 6 | Baron & Budd, PC | Chad Cotten<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219<br>P: (214) 521-3605 | Personl Injury / Wrongful Death | Unliquidated | 237 |
| 7 | Shrader & Associates, LLP | Matt Mcleod<br>3900 Essex Lane, Suite 390<br>Houston, TX 77027<br>P: (713) 782-0000<br>E: matt@shraderlaw.com | Personl Injury / Wrongful Death | Unliquidated | 196 |
| 8 | Goldberg, Persky & White, P.C. | James Bedortha<br>2085 Midland Road<br>Saginaw, MI 48603<br>P: (989) 799-4848 | Personl Injury / Wrongful Death | Unliquidated | 188 |
| 9 | Kelley & Ferraro, LLP | Anthony Gallucci<br>2200 Key Tower<br>Cleveland, OH 44114<br>P: (216) 575-0777<br>E: agallucci@kelley-ferraro.com | Personl Injury / Wrongful Death | Unliquidated | 175 |
| 10 | Mazur & Kittel, PLLC | Bryan Frink<br>30665 Northwestern Highway<br>Farmington Hills, MI 48334<br>P: (248) 432-8000<br>E: bfink@mazur-kittel.com | Personl Injury / Wrongful Death | Unliquidated | 134 |

| | (1)<br>Name of Law Firm | (2)<br>Name, telephone number, complete mailing address, including zip code, and email address of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Number of asbestos personal injury claimants with open claims |
|---|---|---|---|---|---|
| 11 | Langston Law Firm (The Carlile Law Firm, LLP) | Keith Langston<br>400 S. Alamo<br>Marshall, TX 75670<br>P: (903) 938-1655<br>E: klangston@langston-lawfirm.com | Personl Injury / Wrongful Death | Unliquidated | 120 |
| 12 | David C. Thompson Attorney At Law, PC | David C. Thompson<br>321 Kittson Ave<br>Grand Folks, ND 58206-5235<br>P: (701) 775-7012<br>E: dct@rrv.net | Personl Injury / Wrongful Death | Unliquidated | 100 |
| 13 | Michael B Serling, PC | Russell R. Beaudoen<br>280 North Old Woodward Ave.<br>Birmingham, MI 48009<br>P: (248) 647-6966<br>E: rbeaudoen@serlinglaw.com | Personl Injury / Wrongful Death | Unliquidated | 99 |
| 14 | Lanier Law Firm, PLLC | Jason Ministrelli<br>280 North Old Woodward Ave.<br>Birmingham, MI 48009<br>P: (713) 659-5200 | Personl Injury / Wrongful Death | Unliquidated | 93 |
| 15 | Swmk Law, LLC | Ben Schmickle<br>701 Market St #1575<br>St. Louis, MO 63101<br>P: (314) 480-5180<br>E: ben@swmklaw.com | Personl Injury / Wrongful Death | Unliquidated | 89 |
| 16 | Thornton Law Firm | Andrew Wainwright<br>100 Summer Street<br>Boston, MA 02110<br>P: (617) 720-1333<br>E: awainwright@tenlaw.com | Personl Injury / Wrongful Death | Unliquidated | 80 |
| 17 | Reaud, Morgan & Quinn, Inc | Glenn W. Morgan<br>801 Laurel Street<br>Beaumont, TX 77720-6005<br>P: (409) 838-1000<br>E: rmq@rmqlawfirm.com | Personl Injury / Wrongful Death | Unliquidated | 79 |
| 18 | Provost Umphrey Law Firm, L.L.P. | Colin D. Moore<br>490 Park Street<br>Beaumont, TX 77704<br>P: (409) 835-6000 | Personl Injury / Wrongful Death | Unliquidated | 70 |
| 19 | Embry & Neusner | Melissa Riley & Amity Arscott<br>118 Poquonock Road<br>Groton, CT 06340<br>P: (860) 449-0341<br>E: mriley@embryneusner.com<br>E: alarscott@embryneusner.com | Personl Injury / Wrongful Death | Unliquidated | 64 |

|  | (1)<br>Name of Law Firm | (2)<br>Name, telephone number, complete mailing address, including zip code, and email address of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Number of asbestos personal injury claimants with open claims |
|---|---|---|---|---|---|
| 20 | Maune Raichle Hartley French & Mudd, LLC | Nathaniel Mudd<br>1015 Locust Street, Suite 1200<br>Saint Louis, MO 63101<br>P: (314) 241-2003<br>E: nmudd@mrhfmlaw.com | Personl Injury / Wrongful Death | Unliquidated | 38 |
| 21 | Motley Rice LLC | John E. Herrick<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29465<br>P: (843) 216-9000<br>E: jherrick@motleyrice.com | Personl Injury / Wrongful Death | Unliquidated | 34 |
| 22 | Richardson, Patrick, Westbrook & Brickman, LLC | Jena L. Borden<br>Mark Twain Plaza II<br>Edwardsville, IL 62025<br>P: (618) 307-5077<br>E: jborden@rpwb.com | Personl Injury / Wrongful Death | Unliquidated | 33 |
| 23 | Cappolino, Dodd & Krebs LLP | Valerie Farwell & Richard Dodd<br>312 South Houston Avenue<br>Cameron, TX 76520<br>P: (254) 697-4965 | Personl Injury / Wrongful Death | Unliquidated | 32 |
| 24 | R.G. Taylor II, P.C. & Associates<br><br>Ferrell Law Group | Robert G. Taylor, II<br>One Allen Center<br>Houston, TX 77002<br>P: (713) 654-7799<br>E: roberttaylor@rgtaylorlaw.com<br><br>James Ferrell<br>4119 Montrose, Suite 400<br>Houston, TX 77006<br>P: (844) 224-6376<br>E: jferrell@jamesferrell-law.com | Personl Injury / Wrongful Death | Unliquidated | 32 |
| 25 | John J Duffy & Associates | Charles J. Mcleigh<br>Brendan Place<br>North Olmsted, OH 44070<br>P: (440) 779-6636<br>E: cmcleigh@gpwlaw.com | Personl Injury / Wrongful Death | Unliquidated | 31 |
| 26 | Silber Pearlman LLP | Chad Cotten<br>2711 N Haskell Ave<br>Dallas, TX 75204<br>P: (214) 874-7000 | Personl Injury / Wrongful Death | Unliquidated | 30 |
| 27 | Cooney & Conway | William Fahey<br>120 North Lasalle Street<br>Chicago, IL 60602<br>P: (312) 236-6166<br>E: bfahey@cooneyconway.com | Personl Injury / Wrongful Death | Unliquidated | 29 |

| | (1) Name of Law Firm | (2) Name, telephone number, complete mailing address, including zip code, and email address of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Number of asbestos personal injury claimants with open claims |
|---|---|---|---|---|---|
| 28 | Gori, Julian & Associates, PC | Randy L. Gori<br>156 N. Main Street<br>Edwardsville, IL 62025<br>P: (618) 659-9833<br>E: randy@gorijulianlaw.com | Personl Injury / Wrongful Death | Unliquidated | 28 |
| 29 | Leblanc & Waddell, LLP | Christopher Colley<br>6955 Perkins Road<br>Baton Rouge, LA 70808<br>P: (225) 768-7222<br>E: ccolley@baronbudd.com | Personl Injury / Wrongful Death | Unliquidated | 28 |
| 30 | The Bogdan Law Firm | Eric Bogdan<br>7322 Southwest Freeway<br>Houston, TX 77074<br>P: (713) 378-9378<br>E: bogdanlaw@aol.com | Personl Injury / Wrongful Death | Unliquidated | 27 |
| 31 | Floyd Law Firm PC | Walter Floyd<br>8151 Clayton Road<br>St Louis, MO 63117-1103<br>P: (843) 238-5141<br>E: walter@thefloydlawfirm.com | Personl Injury / Wrongful Death | Unliquidated | 26 |
| 32 | Environmental Litigation Group, PC | Gregory A. Cade, Mark L. Rowe, Kevin Mckie & Jonathan Sharp<br>3529 Seventh Avenue South<br>Birmingham, AL 35222<br>P: (205) 328-9200<br>E: gregc@elglaw.com<br>E: mark@elglaw.com<br>E: kmckie@elglaw.com | Personl Injury / Wrongful Death | Unliquidated | 24 |
| 33 | Odom Law Firm | Russell B. Winburn<br>PO Drawer 1868<br>Fayetteville, AR 72701<br>P: (479) 935-8425<br>E: rwinburn@odomfirm.com | Personl Injury / Wrongful Death | Unliquidated | 23 |
| 34 | Riggs Abney Neal Turpen Orbison & Lewis | Richard Gann<br>502 West Sixth Street<br>Tulsa, OK 74119<br>P: (918) 587-3161<br>E: rgann@riggsabney.com | Personl Injury / Wrongful Death | Unliquidated | 22 |
| 35 | Nass Cancelliere Brenner | Edward M. Nass<br>1515 Market Street, Suite 2000<br>Philadelphia, PA 19102<br>P: (215) 546-8200<br>E: emnass@hbnpclaw.com | Personl Injury / Wrongful Death | Unliquidated | 20 |

1897426_1