UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:

SEPCO CORPORATION,

Debtor.

Case No. 16-50058(AMK)

Chapter 11

Judge Alan M. Koschik

## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1. **Thomas P. Glembocki, Special Administrator of the Estate of Donald J. Novak**, c/o Beth A. Gori; Gori Julian & Associates; 156 N. Main Street; Edwardsville, IL 62025; Phone: (618) 659-9833.

2. **Raymond Grzywinski**, c/o Lauren E. Boaz; SWMK Law, LLC; 701 Market Street, Suite 1575; St. Louis, MO 63101; Phone: (314) 480-5180.

3. **John Lavender**, c/o Constance Venizelos; Kelley & Ferraro LLP; 2200 Key Tower; 127 Public Square; Cleveland, OH 44114; Phone: (216) 575-0777.

4. **Joachim Hans Lohman**, c/o Robert E. Shuttlesworth; Shrader & Associates, L.L.P.; 3900 Essex Lane, Suite 390; Houston, TX 77027; Phone: (713) 782-0000.

5. **Patrick M. Walsh, Administrator for the Estate of Robert Flinn**; c/o Thomas W. Bevan Bevan & Associates LPA, Inc.; 6555 Dean Memorial Parkway; Boston Heights, OH 44236; Phone: (330) 650-0088.

Dated: January 29, 2016

Respectfully submitted,

**DAN MCDERMOTT**
**UNITED STATES TRUSTEE, REGION 9**

By: */s/ Tiiara N. A. Patton* .
Tiiara N. A. Patton (NYS #4261798)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue E, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7800 ext. 250
Fax: (216) 522-7193

cc: Committee Members
Debtor's Counsel