IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 16-50058 **(AMK)** |
| Sepco Corporation | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor (s) | ) | Judge: Alan M. Koschik |
| | ) | |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Daniel M. McDermott, United States Trustee for Region 9, in this case.

                                          Respectfully Submitted,

                                          Daniel M. McDermott
                                          United States Trustee
                                          Region 9

                      by:    /s/ Tiiara N. A. Patton
                              Tiiara N. A. Patton, Esq. (NYS-4261798)
                              Trial Attorney
                              U. S. Department of Justice
                              Office of the U. S. Trustee
                              201 Superior Avenue E, #441
                              Cleveland, Ohio 44114
                              (216) 522-7800, ext. 250
                              (216) 522-7183 (facsimile)
                              Tiiara.Patton@usdoj.gov

## CERTFICATE OF SERVICE

I hereby certify that on February 1, 2016, a true and correct copy of the foregoing Notice of Appearance was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Harry W. Greenfield Esq., attorney for debtor, greenfield@buckleyking.com

And by regular United States mail postage pre-paid to:

| | |
|---|---|
| Thomas P Glembocki<br>c/o Beth A. Gori<br>156 N Main St<br>Edwardsville, IL 62025 | Raymond Grzywinski<br>c/o Lauren E. Boaz<br>701 Market St Suite 1575<br>St Louis, MO 63101 |
| Kurtzman Carson Consultants LLC<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Joachim Hans Lohman<br>c/o Robert E. Shuttlesworth<br>3900 Essex Ln Suite 390<br>Houston, TX 77027 |
| John Lavender<br>c/o Constance Venizelos<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 | Patrick M Walsh<br>c/o Thomas W. Bevan<br>6555 Dean Memorial Pkwy<br>Boston Heights, OH 44236 |

/s/ Tiiara N. A. Patton
Tiiara N.A. Patton, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
201 Superior Avenue, E. #441
Cleveland, Ohio 44114
(216) 522-7800, ext. 250
(216) 522-7193 (facsimile)
Tiiara.Patton@usdoj.gov