# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:

SEPCO CORPORATION,

Debtor.

Case No. 16-50058(AMK)

Chapter 11

Judge Alan M. Koschik

## NOTICE OF APPOINTMENT OF COMMITTEE OF ASBESTOS CLAIMANTS

Pursuant to section 1102(a) of the Bankruptcy Code, the following claimants of the above-named debtor are appointed to the committee of asbestos claimants:

1. **Thomas P. Glembocki, Special Administrator of the Estate of Donald J. Novak**, c/o Beth A. Gori; Gori Julian & Associates; 156 N. Main Street; Edwardsville, IL 62025; Phone: (618) 659-9833.

2. **Raymond Grzywinski**, c/o Lauren E. Boaz; SWMK Law, LLC; 701 Market Street, Suite 1575; St. Louis, MO 63101; Phone: (314) 480-5180.

3. **Morris Jacks**, c/o Bryan O. Blevins, Jr.; Provost Umphrey Law Firm, L.L.P.; 490 Park Street; Beaumont, TX 77701; Phone: (409) 203-5030.

4. **John Lavender**, c/o Constance Venizelos; Kelley & Ferraro LLP; 2200 Key Tower; 127 Public Square; Cleveland, OH 44114; Phone: (216) 575-0777.

5. **Joachim Hans Lohman**, c/o Robert E. Shuttlesworth; Shrader & Associates, L.L.P.; 3900 Essex Lane, Suite 390; Houston, TX 77027; Phone: (713) 782-0000.

6. **Harry David Tift**, c/o Matt Peterson; Simmons Hanly Conroy; One Court Street; Alton, IL 62002; Phone: (618) 259-2222.

[Remainder of page intentionally left blank.]

7. **Patrick M. Walsh, Administrator for the Estate of Robert Flinn**; c/o Thomas W. Bevan Bevan & Associates LPA, Inc.; 6555 Dean Memorial Parkway; Boston Heights, OH 44236; Phone: (330) 650-0088.

Dated: February 1, 2016

Respectfully submitted,

**DANIEL M. MCDERMOTT**
**UNITED STATES TRUSTEE, REGION 9**

By:    */s/ Tiiara N. A. Patton* .
        Tiiara N. A. Patton (NYS #4261798)
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        Howard M. Metzenbaum U.S. Courthouse
        201 Superior Avenue E, Suite 441
        Cleveland, Ohio 44114
        Phone: (216) 522-7800 ext. 250
        Fax:    (216) 522-7193

cc:    Committee Members
      Debtor's Counsel